MOJAC FINANCE CO., INC., Respondent, *v.* WATERSIDE HOLDING CORPORATION et al., Defendants, and THE CONTINENTAL INSURANCE COMPANY, Appellant.

(Submitted February 10, 1931: decided February 19, 1931.)

*Abraham Kaplan* and *Philip Samuels* for appellant.
*Louis Rosenberg* and *Joseph Feldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.